**Order entered December 23, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00954-CV

### IN THE INTEREST OF T.J., W.J. AND T.J., CHILDREN

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-30035-2021**

### ORDER

This is an appeal involving the termination of parental rights. In all papers submitted to the Court in such appeals, a minor must be identified only by an alias such as the minor's initials. *See* TEX. R. APP. P. 9.8(a), (b). Appellant filed her opening brief on December 21, 2022. At pages 25 and 26 of the brief, the children are improperly identified by their first names. Accordingly, we **STRIKE** the brief. We **ORDER** appellant to file, on or before **December 30, 2022**, a brief that identifies the children by their initials in compliance with rule 9.8(b). *See id*. 9.8(b).

/s/     DENNISE GARCIA
JUSTICE